# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                        Case No. 15−32258
                                                   Chapter 13

Jamie Bryant

    Debtor

## ORDER

    This case is before the court on the following matter:

**27** – Rule 9007 Motion/Notice/Objection: Motion to Incur Debt in Chapter 13 Cases Only filed by Joshua C. Milam on behalf of Jamie Bryant. Responses due by 03/25/2016. (Milam, Joshua)

    It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

    **ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 26th day of March, 2016.

Dwight H. Williams Jr.
United States Bankruptcy Judge